**Order entered November 23, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01366-CV

### IN RE REGINALD A. NOBLE, Relator

**Original Proceeding from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. F-0050025-K**

## ORDER
Before Justices Francis, Myers and Schenck

Based on the Court's opinion of this date, we **DISMISS** the petition for writ of mandamus. Although we have considered relator's petition without the prepayment of costs, we **DENY** as moot relator's motion for leave to file his affidavit of indigence. We **DENY** as unnecessary relator's motion for leave to file his petition for writ of mandamus. We **ORDER** relator to bear the costs of this original proceeding.

/s/    MOLLY FRANCIS
       JUSTICE